UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES JUAN PROCTOR, | ) | 3:12-cv-00328-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 12, 2013 |
| DR. VAN HORN, et al., | ) | |
| Defendants | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's "Motion to Compel" (Doc. #17) wherein he asks the court "to order the Nevada Department of Corrections to identify the two (2) employees who signed the attached medical kites." (*Id*.)

    The request contained in Plaintiff's motion is one which is more suited to a discovery request. Discovery is only allowed after the court's entry of a scheduling order, which itself is only entered after the filing of a defendant's answer. The docket herein reflects that on 3/26/13 counsel for the defendants filed a Notice of Acceptance of Service (Doc. # 16) on behalf of Defendants Karen Gedney and John VanHorn in response to this court's order of 3/25/13 (*see* Doc. # 15.). Pursuant to the terms of that order, once a notice of acceptance of service has been filed, the defendants for whom the Attorney General accepted service will have 60 days from the date of the order (i.e., until 5/25/13) within which to respond to Plaintiff's complaint. (Doc. # 15-2, ¶ 2.) When defendants do appear, the court will issue a scheduling order. Local Rule 16-1(b). The entry of a scheduling order will allow Plaintiff to undertake discovery at that time, including interrogatories where Plaintiff may seek the identities of the authors of the "kites."

    Plaintiff's motion (Doc. # 17) is **DENIED**.

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>    /s/                              </u>
       Deputy Clerk