UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES JUAN PROCTOR, | ) | 3:12-cv-00328-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | November 19, 2013 |
| DR. VAN HORN, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's Motion of Clarification of Jane Doe Defendants. (Doc. # 37.) Plaintiff states he is confused whether the two newly identified defendants have been added to his complaint. Plaintiff is advised that the docket reflects that on August 20, 2013, the Defendants filed a Notice of Acceptance of Service (Doc. # 39) and an Answer to Plaintiff's Amended Complaint (Doc. # 40) on behalf of Defendants on behalf of Sonja Missy Gleason and Lois Elliott. Therefore, these Defendants have been added to Plaintiff's action.

     Plaintiff's motion (Doc. # 37) is therefore **DENIED as moot**. The Clerk of the Court is directed to send to Plaintiff a copy of the docket in this matter.

     **IT IS SO ORDERED.**

                                                                                                                LANCE S. WILSON, CLERK

                                                                                        By: <u>      /s/                                      </u>
                                                                                                 Deputy Clerk