UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES JUAN PROCTOR, | ) | 3:12-cv-00328-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 10, 2014 |
| DR. VAN HORN, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's motions entitled "Identifying the Last Name of Two (2) Nurses for the Purpose of Depositions and/or Witnesses" (Doc. # 45) and "Motion to Identify Unknown Person" (Doc. # 46). Plaintiff's motions seek an order from the court directing either Northern Nevada Correctional Center or the Nevada Department of Corrections to supply him with the names of these potential witnesses and unknown person. Defendants have responded to the motions. (Doc. # 52.)

The information Plaintiff seeks should be the subject of discovery, not a motion for the court to require the Defendants to provide Plaintiff identification of witnesses and/or an unknown person. Plaintiff's motions (Docs. # 45 and # 46) are **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
     Deputy Clerk