# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES JUAN PROCTOR, | ) | 3:12-cv-00328-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 20, 2014 |
| DR. VAN HORN, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u>NONE APPEARING    </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                </u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's motion seeking an unspecified enlargement of time to file his response to the Defendants' motion for summary judgment. (Doc. # 106.) Plaintiff states he needs additional time to have the affidavits in support of his reply notarized because the High Desert State Prison law library does not currently have a notary stamp.

    Plaintiff is advised that in lieu of affidavits, the court will also accept declarations made under penalty of perjury which contain the following language above the signature line:

> I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, this ___ day of _____, 2014.
>
>                                                  [Signature]

    Plaintiff's motion (Doc. # 106) is **GRANTED IN PART**. Plaintiff shall have an enlargement of time up to and including September 5, 2014, to file his response and any supporting declarations to Defendants' motion for summary judgment (Doc. # 89).

    **IT IS SO ORDERED.**

                                                                     LANCE S. WILSON, CLERK

                                         By: <u>        /s/                              </u>
                                                                        Deputy Clerk