## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES JUAN PROCTOR, | ) | 3:12-cv-00328-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 30, 2014 |
| DR. VAN HORN, et al., | ) | |
| | ) | |
| Defendants | ) | |

**PRESENT:**  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   KATIE LYNN OGDEN   **REPORTER:**  NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):**  NONE APPEARING

**COUNSEL FOR DEFENDANT(S):**  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is "Plaintiff's Motion to Fix Major Mix Up" (Doc. # 98) and Defendants' Response (Doc. # 99). No reply was filed.

Plaintiff states he was missing Documents ## 87 through 92 and he sought to clarify how the "mix up" may have happened. (Doc. # 98.) Defendants' response indicates that the "mix up" which occurred was due to an erroneous filing by Plaintiff (Doc. # 86) which resulted in a change of address while he was still incarcerated at the Northern Nevada Correctional Center. Defendants have since provided copies of the "missing documents" to Plaintiff and state the mix-up has been resolved. (Doc. # 99 at 1-2.)  The court notes that Plaintiff id not reply to Defendants' explanation regarding the documents Plaintiff claimed he was missing and that Plaintiff has responded to the Defendants' motion for summary judgment (Doc. # 98). (Doc. # 108.)  The court therefore assumes Plaintiff has all of the "missing" documents.

Plaintiff's motion (Doc. # 98) is therefore **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
            Deputy Clerk