UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES JUAN PROCTOR, | ) | 3:12-cv-00328-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | October 30, 2014 |
| DR. VAN HORN, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion Seeking Not to be Transferred From High Desert State Prison (H.D.S.P.)" (Doc. # 101.)  Defendants have responded. (Doc. #104.)  No reply was filed.

Plaintiff seeks this court to order the Nevada Department of Corrections (NDOC), which is not a party to this action, not to transfer him until his case has concluded.  He states his primary reason for seeking this order was due to a mix up which resulted in his missing receipt of certain filed documents (which has been resolved). Secondly, he complains he has been transferred multiple times and it would "save the court time looking [for] changes of address in this case." Additionally, he states his mother has moved from Los Angeles to Las Vegas and "it would really be nice to see her." (Doc. # 101.)

Defendants oppose Plaintiff's motion, stating that Plaintiff's medical conditions have necessitated many of the transfers (Doc. # 104 at 1) and that three of the transfers were to obtain specialists to treat ongoing complaints of pain in Plaintiff's knee and jaw (*id*. at 2).  Further, the only confusion in this case concerning Plaintiff's housing was due to his own filing which incorrectly changed his address of record with the court. (*Id*.)

An inmate does not have a constitutional right to be housed at any one particular institution. *Meachum v. Fano*, 427 U.S. 215 (1975).  The court defers to the Nevada Department of Corrections as to where Plaintiff should be incarcerated.

Plaintiff's motion (Doc. # 101) is **DENIED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk