UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHARLES JUAN PROCTOR,  )   3:12-cv-00328-MMD-WGC
                      )
         Plaintiff,   )   **MINUTES OF THE COURT**
   vs.                )
                      )   April 28, 2015
DR. VAN HORN, et al., )
                      )
         Defendants   )
_____)

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion seeking "Clarification about the Change of Attorney." (Doc. # 120.) Plaintiff states he is confused about the notice of change of attorney he received for Defendants Sonja Gleason and Dr. Van Horn which did not also include Defendants Dr. Gedney, Ms. Elliott and Ms. Jacobs. No response to the motion was filed.

Plaintiff is advised that the record in this matter reflects that on March 26, 2015, District Judge Miranda M. Du adopted and accepted the Report and Recommendation (Doc. #116) by this court that Defendants' Motion for Summary Judgment (Doc. # 89) be granted in part. (Order, Doc. # 117.) As a result, Defendants Gedney, Elliott and Jacobs were dismissed from the action. Plaintiff's action continues only as to Defendants Sonja Missy Gleason and Dr. Van Horn.

Plaintiff's motion for clarification (Doc. # 120) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
        Deputy Clerk