# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES JUAN PROCTOR, | ) | 3:12-cv-00328-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 8, 2016 |
| DR. VAN HORN, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court is in receipt of Plaintiff's motion (ECF No. 159), where Plaintiff states that the Attorney General's Office has not contacted him with his medical files to review before the next pretrial conference on January 15, 2016. Defendants have filed a response (ECF No. 160), advising the court that defense counsel is scheduled to drive to Lovelock Correctional Center on Tuesday January 12, 2016, to go over the documents discussed at the last pretrial hearing in person as the materials are voluminous. Counsel also expects that the parties can finalize the Joint Pretrial Order at that time, so as to be prepared to discuss it at the January 15, 2016 hearing.

In light of Defendants' response, Plaintiff's motion (ECF No. 159) is DENIED without prejudice. The court expects the parties to identify, inter alia, the particular exhibits, including specific medical records that they intend to rely on at trial. The court instructs the parties to discuss at their meeting on January 12, 2016, how production of the medical records will be handled for trial, i.e., if defense counsel will provide the medical records identified by the parties as exhibits in a joint exhibit book.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk