ADAM PAUL LAXALT
Nevada Attorney General
ANDREA R. BARRACLOUGH
Chief Deputy Attorney General
Nevada Bar No. 9158
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1260
E-mail:  abarraclough@ag.nv.gov

*Attorneys for Defendants*
*John Van Horn and*
*Sonja "Missy" Gleason*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES PROCTOR,<br><br>         Plaintiff,<br><br>vs.<br><br>JOHN VAN HORN, et al.,<br><br>         Defendants. | Case No.  3:12-cv-00328-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Charles Proctor, *pro se,* and all Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Andrea R. Barraclough, Chief Deputy Attorney General, as a result of a Settlement Agreement reached, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs.

DATED this 11 day of May, 2016.

By /s/ Charles J. Proctor #80050
Charles Proctor, #80050
Plaintiff, *pro se*

DATED this 17th day of May, 2016.
ADAM PAUL LAXALT
Attorney General

By /s/ Andrea Barraclough
Andrea R. Barraclough
Chief Deputy Attorney General
*Attorneys for Defendants*

**APPROVED AND SO ORDERED:**

Dated: May 18, 2016

_____
William G. Cobb
United States Magistrate Judge